IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>**JORGE LUIS GOMEZ ESQUILIN**<br>Debtor(s). | CASE NO. 17-05154-ESL13<br><br>CHAPTER 13 |
| DLJ MORTGAGE CAPITAL, INC.<br>Movant,<br><br>**JORGE LUIS GOMEZ ESQUILIN**<br>Debtor(s).<br><br>JOSE CARRION MORALES,<br>Trustee. | |

## MOTION TO INFORM LOSS MITIGATION RESULTS

**TO THE HONORABLE COURT:**

      **COMES NOW, DLJ Mortgage Capital, Inc.**, hereinafter DLJ, through its undersigned counsel of record and before this court most respectfully state and pray as follows:

    1.    On July 21st, 2017, debtor filed a voluntary Petition under Chapter 13 of the Bankruptcy Code. (Docket #1)

    2.    DLJ wishes to offer debtor a *"Trial Modification Plan"*, after having review his loss mitigation application package.

    3.    The approved "trail modification period" consists of six (6) monthly installments to commence on October 1st, 2017. See Exhibit I.

    4.    Under such plan, if debtor makes all *"trial period payments"* the mortgage will be permanently modified after a final evaluation and signature of all required documents has been completed.

    5.    The modification will offer debtor lower monthly payments.

    6.    DLJ, by this motion, is/are not making any attempts to collect, assess or recover a claim that arose before the commencement of the case.

7. Upon the conclusion of the trial period, DLJ will inform this Honorable Court the outcome.

**WHEREFORE**, plaintiff respectfully request this Honorable Court to modify the stay to grant authorization for a loan modification procedure under WILMINGTON's Trial Modification Plan.

## NOTICE

Within FOURTEEN (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY** that on this same date we electronically filed the present motion with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing upon parties registered with the CM/ECF system.

**RESPECTFULLY SUMITTED.**

In Ponce, Puerto Rico on December 6th, 2017.

**MARJALIISA COLON-VILLANUEVA**
Federal Bar No. 228002
Attorney for creditor
Postal PO Box 7970
Ponce, Puerto Rico 00732
Tel. 787-843-4168 Fax 787-840-1049
Email marjaliisacolon@gmail.com
S/ MARJALIISA COLON-VILLANUEVA